UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
AT EAST ST. LOUIS
VIDEO WRIT

| CASE NAME:<br>Sanchez v. Beshears et al | CASE NO.:<br>18-cv-1328-GCS | Date of Hearing:<br>10/19/2022 | Type of Hearing:<br>Motion Hearing<br><br>Length of Hearing:<br>1-2 hours |
|---|---|---|---|

**TO: THE WARDEN OF SHERIDAN CORRECTIONAL CENTER**

**WE COMMAND** that you make the following plaintiff available at a designated Department of Corrections video conference facility to appear in the above proceeding before the Honorable Gilbert C. Sison, United States Magistrate Judge sitting at East St. Louis, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE | TIME TO APPEAR |
|---|---|---|---|---|
| Jesus Sanchez | M38900 | Sheridan CC | 10/19/2022 | 1:00 PM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Please contact Catina Simpson, Judge Sison's Courtroom Deputy, at 618-482-9334 if you have any questions.

Dated: October 11, 2022

MONICA A. STUMP
CLERK OF COURT

BY: *s/ Catina Simpson*
DEPUTY CLERK

cc: Plaintiff
    Warden, Sheridan Correctional Center
    IDOC Video Writ Coordinator

Format and wording approved by IDOC Legal Counsel 2/11/98